Julianna Rivera Maul (SBN 290955)
The Law Office of Julianna Rivera
420 3rd St., Ste 200
Oakland, CA 94067
Tel: 510-473-2141

Matt Adams*
Aaron Korthuis*
Northwest Immigrant Rights Project
615 2nd Ave, Ste 400
Seattle, WA 98104
Tel: 206-957-8611

*Pro hac vice applications forthcoming

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R.G. and M.A.R.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 4:22-cv-5183<br><br>**DECLARATION OF JULIANNA RIVERA MAUL IN SUPPORT OF THE ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYMS AND FOR PROTECTIVE ORDER** |

I, Julianna Rivera Maul, declare as follows:

1. I submit this declaration in support of Plaintiffs' administrative motion for an order allowing them to proceed using their initials in this matter and for entry of a protective order protecting their identity.

2. I am over the age of 18, have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would testify competently as set forth below.

3. Plaintiffs J.R.G. and M.A.R. have not obtained a stipulation in this case because they filed their case today, September 12, 2022, and have not yet served Defendant and accordingly Defendant has not filed an appearance in this case.

Respectfully submitted this 12th day of September, 2022.

*s/ Julianna Rivera Maul*
Julianna Rivera Maul, SBN 290955

**THE LAW OFFICE OF JULIANNA RIVERA**
420 3rd Street, Ste 200
Oakland, CA 94607
Tel: +1.510.473.2141
Fax: +1.510.500.9804
julianna@juliannariveralaw.com

DECL. OF JULIANNA RIVERA MAUL IN SUPP. OF
ADMIN. MOT. TO PROCEED UNDER PSEUDONYMS
AND FOR PROTECTIVE ORDER

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I further certify that I will mail Defendant United States of America a copy of this document via certified, first-class mail.

Dated: September 12, 2022

/s/Julianna Rivera Maul
Julianna Rivera Maul, SBN 290955
**THE LAW OFFICE OF JULIANNA RIVERA**
420 3rd Street, Ste 200
Oakland, CA 94607
Tel: +1.510.473.2141
Fax: +1.510.500.9804
julianna@juliannariveralaw.com

DECL. OF JULIANNA RIVERA MAUL IN SUPP. OF
ADMIN. MOT. TO PROCEED UNDER PSEUDONYMS
AND FOR PROTECTIVE ORDER