UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R.G. and M.A.R.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 4:22-cv-5183<br><br>**[PROPOSED] ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYMS AND FOR PROTECTIVE ORDER** |

Upon consideration of Plaintiffs' Motion to Proceed Under Pseudonyms and for Protective Order, and good cause appearing therefore, the motion is **GRANTED,** and **IT IS FURTHER ORDERED** that:

(a) the parties shall refer to Plaintiffs by the pseudonyms "J.R.G." and "M.A.R." in all filings and public proceedings;

(b) the parties shall redact all personally identifying information, including Plaintiffs' true full name, from all filings consistent with Federal Rule of Civil Procedure 5.2;

(c) Defendant is prohibited from disclosing Plaintiffs' identity to any nonparty unless such disclosure is reasonably necessary to litigate this action;

(d) Defendant shall provide a copy of the order issued to any nonparty who

[PROPOSED] ORDER – 1
Case No. 4:22-cv-5183

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

Defendant informs of Plaintiffs' identity; and

(e) Defendant is prohibited from using any information concerning Plaintiffs obtained in connection with this lawsuit, including but not limited to Plaintiffs' true name, for any purpose other than this litigation.

Dated: _____, 2022

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted on this 12th day of September, 2022.

*s/ Matt Adams*
Matt Adams, WSBA No. 28287*

*s/ Aaron Korthuis*
Aaron Korthuis, WSBA No. 53974*

**NORTHWEST IMMIGRANT RIGHTS PROJECT**
615 Second Avenue, Suite 400
Seattle, Washington 98104
Tel: +1.206.957.8611
Fax: +1.206.587.4025
matt@nwirp.org
aaron@nwirp.org

*s/ Julianna Rivera Maul*
Julianna Rivera Maul, SBN 290955

**THE LAW OFFICE OF JULIANNA RIVERA**
420 3rd Street, Ste 200
Oakland, CA 94607
Tel: +1.510.473.2141
Fax: +1.510.500.9804
julianna@juliannariveralaw.com

* *Pro hac vice* application forthcoming

*Counsel for Plaintiffs J.R.G. and M.A.R.*

[PROPOSED] ORDER – 2
Case No. 4:22-cv-5183

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611