Julianna Rivera Maul (SBN 290955)
The Law Office of Julianna Rivera
420 3rd St., Ste 200
Oakland, CA 94067
Tel: 510-473-2141

Matt Adams*
Aaron Korthuis*
Northwest Immigrant Rights Project
615 2nd Ave, Ste 400
Seattle, WA 98104
Tel: 206-957-8611

*Admitted pro hac vice

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R.G. and M.A.R.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 4:22-cv-5183<br><br>**DECLARATION OF J.R.G. IN SUPPORT OF THE OPPOSITION TO THE MOTION TO TRANSFER AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

Declaration of J.R.G. in Support of the Opposition
to the Motion to Transfer and Dismiss Plaintiffs' Complaint
Case No. 4:22-cv-5183

I, J.R.G., herby declare the following:

1. I am one of the plaintiffs in this matter and the mother of plaintiff M.A.R. and we intend to testify in our case.

2. I submit this declaration in opposition to defendant's motion to transfer our case to Texas and it is based on my personal knowledge.

3. Our home is in Oakland, and we respectfully ask the Court to allow me and my daughter to continue our case near our home where we have support from family and the community.

4. In Texas, we do not have any family to support us or to give us a place to stay, and my family is financially unable to travel to Texas for the periods of time that will be needed to prepare for the case and attend the trial.

5. My husband and M.A.R.'s father, M.A.G., is a painter and has been the primary earner for our family since I was released from immigration detention. This is in part because I was pregnant and then taking care of our toddler, K.A.R. after I was released. I only recently started working as a housecleaner, but my work is not stable work, and my earnings vary week to week, and I do not get paid when I do not work. Even with both of us now working, we are mostly meeting our basic needs and do not have much savings, especially to travel for periods of time out of the state and to pay for a place to stay and to pay our rent for our Oakland home. It would also not be sustainable for either me or my husband to take periods of time off from work without putting our jobs at risk and we cannot afford to lose our jobs because our daughters M.A.R. and K.A.R. depend on us and neither of us get paid time off when we do not work.

Declaration of J.R.G. in Support of the Opposition
to the Motion to Transfer and Dismiss Plaintiffs' Complaint
Case No. 4:22-cv-5183

6. M.A.R. is also in school in Oakland and it would be disruptive to her education to take her out of school and to travel to Texas for the case for long periods of time. It would also be difficult to travel with my toddler K.A.R. There is no support for K.A.R. in Texas and I cannot leave K.A.R. in Oakland, as it would be emotionally and financially hard for our family to be separated again.

7. Our family's immigration attorneys, who are not charging us for our immigration cases, are also in Oakland, and we have ongoing immigration matters that require us to be available in case we are scheduled for any interviews.

8. There are also witnesses in our case who are here in the Oakland area. For example, M.A.R. had a therapist in Oakland during the time we were separated and after we were reunited. There was also a volunteer from a parent group at M.A.R.'s school in Oakland who provided M.A.R. and my husband M.A.G. lots of support when I was detained in addition to M.A.G.'s sister Y.A. who helped care for M.A.R. during that time and Y.A. still lives in Oakland. All of these witnesses can share how devastating and impactful it was for our family while M.A.R. and I continued to be separated after she settled in Oakland.

I, J.R.G., declare under penalty of perjury of the law of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and memory.

DATED this 11 day of January, 2023.

J.R.G.

Declaration of J.R.G. in Support of the Opposition
to the Motion to Transfer and Dismiss Plaintiffs' Complaint
Case No. 4:22-cv-5183

1

2  I, <u>Yicella Gonzalez</u>, declare that I read back the above "Declaration of J.R.G. in Support of the

3  Opposition to the Motion to Transfer and Dismiss Plaintiffs' Complaint" to J.R.G. in the

4  Spanish language and that she indicated that she understood and agreed with its contents.  I

5  further certify that I am competent to interpret from the English language into the Spanish

6  language.

7  DATED this 11 day of January, 2023.

8

9

Yicella Gonzalez
10  Paralegal
The Law Office of Julianna Rivera
11  420 3rd Street, Suite 200
Oakland, California 94607
12  Telephone: (510) 473-2141
Email: yicella@juliannariveralaw.com

13

14

15

16

17

18

19

20

21

22

23

24

Declaration of J.R.G. in Support of the Opposition
to the Motion to Transfer and Dismiss Plaintiffs' Complaint
Case No. 4:22-cv-5183

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED this 12th day of January, 2023.

*s/ Aaron Korthuis*
Aaron Korthuis, WSBA No. 53974

**NORTHWEST IMMIGRANT RIGHTS PROJECT**
615 Second Avenue, Suite 400
Seattle, Washington 98104
Tel: +1.206.816.3872
aaron@nwirp.org