# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## CASE MANAGEMENT MINUTES

| **Date:** 5/16/2023 | **Time:** 1:32pm – 1:56pm | **Judge: Kandis A. Westmore** |
|---|---|---|
| **Case No.:** 22-cv-05183-KAW | **Case Name:** J.R.G. et al. v. United States of America | |

**For Plaintiffs:** Matthew Adams and Julianna Rivera Maul

**For Defendant:** Kenneth Brakebill and Kelsey Helland

**Deputy Clerk:** William F. Tabunut          **Recorded via Zoom:** 1:32pm – 1:56pm

## PROCEEDINGS

Initial case management conference held via Zoom. Parties to submit protective order for Her Honor's consideration. Parties agree to table discussion regarding ADR referral until next case management conference. Dispositive motion deadlines as follows: Motions due 1/23/2025, oppositions due 2/25/2025 Replies March 25, 2025

## PRETRIAL SCHEDULE:

| | |
|---|---|
| Last day to amend pleadings: | **9/1/2023** |
| Fact Discovery cutoff**:** | **8/16/2024** |
| Expert disclosure: | **9/30/2024** |
| Expert rebuttal: | **11/14/2024** |
| Expert discovery cutoff**:** | **12/19/2024** |
| Dispositive Motions heard by**:** | **5/1/2025** |
| Meet and Confer: | **8/15/2025** |
| Joint Pretrial Conference Statement and Motions in Limine: | **8/26/2025** |
| Oppositions to Motions in Limine and Objections to Evidence: | **9/5/2025** |
| Joint Statement Stipulation of Claims and Defense; Proposed Findings of Facts and Conclusions of Law; Joint Statement of Stipulated Facts: | **9/29/2025** |
| Pretrial Conference: | **9/24/2025 at 2:00 p.m.** |
| Bench Trial: | **October 6, 2025, at 9:00 a.m., for 10 days** |

A further Case Management Conference is set for **9/26/2023** at 1:30 P.M.  An updated joint case management statement is due by **9/19/2023** to include how the parties would like to proceed with ADR.

Order to be prepared by the Court.