| | |
|---|---|
| ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney<br>MICHELLE LO (NYRN 4325163)<br>Chief, Civil Division<br>KENNETH W. BRAKEBILL (CABN 196696)<br>Assistant United States Attorney<br>KELSEY J. HELLAND (CABN 298888)<br>Assistant United States Attorney<br>    450 Golden Gate Avenue, Box 36055<br>    San Francisco, California 94102-3495<br>    Telephone: (415) 436-7167<br>    Facsimile: (415) 436-7169<br>    Kenneth.Brakebill@usdoj.gov<br><br>Attorneys for the United States of America | Julianna Rivera Maul (SBN 290955)<br>The Law Office of Julianna Rivera<br>420 3rd St., Ste 200<br>Oakland, CA 94067<br>Tel: 510-473-2141<br><br>Matt Adams*<br>Aaron Korthuis*<br>Glenda Aldan Madrid*<br>Leila Kang*<br>Northwest Immigrant Rights Project<br>615 2nd Ave, Ste 400<br>Seattle, WA 98104<br>Tel: 206-957-8611<br><br>*Admitted pro hac vice |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J.R.G., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | CASE NO. 4:22-cv-05183-KAW<br><br>**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiffs J.R.G., et al., ("Plaintiffs") and Defendant United States of America ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree, pursuant to Civil Local Rule 7-12 and subject to the Court's approval, as follows:

STIPULATION FOR CONTINUANCE OF CMC AND [PROPOSED] ORDER
CASE NO. 4:22-CV-05183-KAW

1

WHEREAS, on May 16, 2023, the Court issued Initial Case Management Conference Minute Order (Dkt. 49) scheduling a Further Case Management Conference for September 26, 2023 at 1:30pm.

WHEREAS, since the May 16, 2023 Case Management Conference, the Parties have produced hundreds of thousands of pages of discovery as contemplated by their agreed-upon 90-Day Disclosure period (*see* Dkt. 48 at 6-7), and the Parties are currently reviewing those productions.

WHEREAS, the Parties have no other substantive updates or issues requiring the Court's attention at this time.

NOW THEREFORE, the Parties stipulate that the Case Management Conference currently scheduled for September 26, 2023, be continued to a date on or after November 14, 2023.

DATED: September 18, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 */s/ Kenneth W. Brakebill*
Kenneth W. Brakebill
Kelsey J. Helland
Assistant United States Attorneys

*Counsel for Defendant*

DATED: September 18, 2023

LAW OFFICE OF JULIANNA RIVERA

 */s/ Julianna Rivera*
Julianna Rivera Maul

NORTHWEST IMMIGRANT RIGHTS PROJECT

 */s/ Matt Adams*
Matt Adams
Aaron Korthuis

*Counsel for Plaintiffs*

STIPULATION FOR CONTINUANCE OF CMC AND [PROPOSED] ORDER
CASE NO. 4:22-CV-05183-KAW

**[PROPOSED] ORDER**

Pursuant to Stipulation, and good cause appearing, IT IS SO ORDERED that the Case Management Conference currently scheduled for September 26, 2023 is continued to _____. A Case Management Statement shall be filed 7 days prior to the Case Management Conference.

Dated: _____

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge