Julianna Rivera Maul (SBN 290955)
The Law Office of Julianna Rivera
420 3rd St., Ste 200
Oakland, CA 94067
Tel: 510-473-2141

Matt Adams*
Aaron Korthuis*
Glenda M. Aldana Madrid*
Leila Kang*
Northwest Immigrant Rights Project
615 2nd Ave, Ste 400
Seattle, WA 98104
Tel: 206-957-8611
*Admitted pro hac vice

*Attorneys for Plaintiffs*

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MICHELLE LO (NYRN 4325163)
Chief, Civil Division

KENNETH W. BRAKEBILL (CABN 196696)
Assistant United States Attorney

KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7167
Facsimile: (415) 436-7169
Kenneth.Brakebill@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| J.R.G., et al., | ) | CASE NO. 4:22-cv-05183-KAW |
| | ) | |
| Plaintiffs, | ) | **STIPULATION FOR CONTINUANCE** |
| | ) | **OF CASE MANAGEMENT** |
| v. | ) | **CONFERENCE AND [PROPOSED]** |
| | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiffs J.R.G. and M.A.R. and Defendant United States of America (collectively, the

"Parties"), by and through their respective counsel, hereby stipulate and agree, pursuant to Civil Local

Rule 7-12 and subject to the Court's approval, as follows:

WHEREAS, on September 19, 2023, the Court granted the Parties' stipulation for a continuance

of the scheduled Case Management Conference, resetting it for November 14, 2023, at 1:30pm, Dkt. 57;

1    WHEREAS, since the initial Case Management Conference in this case, the Parties have

2 produced hundreds of thousands of pages of discovery as contemplated by their agreed-upon 90-Day

3 Disclosure Period (*see* Dkt. 48 at 4–5), and the Parties are currently diligently reviewing those

4 productions;

5    WHEREAS, the Parties have no other substantive updates or issues requiring the Court's

6 attention at this time;

7    NOW THEREFORE, the Parties stipulate and respectfully request that the Case Management

8 Conference currently scheduled for November 14, 2023, be continued to a date on or after February 14,

9 2024.

10    DATED November 7, 2023.

11    Respectfully submitted,

12

13 LAW OFFICE OF JULIANNA RIVERA          ISMAIL J. RAMSEY
                                         United States Attorney

14  */s/ Julianna Rivera*
   Julianna Rivera Maul                   */s/ Kenneth W. Brakebill*

15                                        Kenneth W. Brakebill
   NORTHWEST IMMIGRANT RIGHTS            Kelsey J. Helland

16 PROJECT                               Assistant United States Attorneys

17  */s/ Matt Adams*

18 Matt Adams
   Aaron Korthuis

19 Glenda M. Aldana Madrid
   Leila Kang

20
   *Counsel for Plaintiffs*                *Counsel for Defendant*

21

22

23

24

25

26

27 STIPULATION FOR CONTINUANCE OF CMC AND [PROPOSED] ORDER
   CASE NO. 4:22-CV-05183-KAW

28                                          2

1

**[PROPOSED] ORDER**

2      Pursuant to Stipulation, and good cause appearing, IT IS SO ORDERED that the Case

3  Management Conference currently scheduled for November 14, 2023, is continued to

4  _____February 27, 2024 at 1:30 pm_____ .  A Case Management Statement shall be filed

5  7 days prior to the Case Management Conference.

6

7  Dated:  __November 9, 2023_____

8                                                         _____
                                                          HONORABLE KANDIS A. WESTMORE
9                                                         United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  [PROPOSED] ORDER
    CASE NO. 4:22-CV-05183-KAW                    3