ISMAIL RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
KENNETH W. BRAKEBILL (CABN 196696)
Assistant United States Attorney
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-7167
 Facsimile: (415) 436-7169
 Kenneth.Brakebill@usdoj.gov

Attorneys for the United States of America

Julianna Rivera Maul (SBN 290955)
The Law Office of Julianna Rivera
420 3rd St., Ste 200
Oakland, CA 94067
Tel: 510-473-2141

Matt Adams*
Aaron Korthuis*
Glenda Aldan Madrid*
Leila Kang*
Northwest Immigrant Rights Project
615 2nd Ave, Ste 400
Seattle, WA 98104
Tel: 206-957-8611

*Admitted pro hac vice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| J.R.G., et al., | ) | CASE NO. 4:22-cv-05183-KAW |
| Plaintiffs, | ) | **JOINT NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION TO STAY LITIGATION DEADLINES; [PROPOSED] ORDER** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

The parties, by and through undersigned counsel, hereby notify the Court that the parties have reached a conditional settlement in this action under the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq. and stipulate and request that all deadlines in the Court's Orders dated May 17, 2023 (Dkt. 50) and February 21, 2024 (Dkt. 61) be vacated and the action be stayed, based on the following:

1.  The parties have reached a conditional settlement of all claims in this litigation, subject to the approval of the settlement of the minor's claims by a court of competent jurisdiction, which may take some time, to be followed by the approval of the Attorney General of the United States or his designee.

2.  Absent a stay pending finalization of the settlement, litigation burden and expense will be incurred that are to be made unnecessary by the pending settlements.

3.  The parties stipulate to file a joint status report every 60 days during the stay to keep the Court

apprised of the progress of the pending settlement. It is anticipated that, once the settlement is completed, the parties will file a stipulation for dismissal of all claims.

Therefore, in the interest of judicial economy and efficiency, and to preserve the benefit of the pending settlement, the parties request that the Court enter the attached order vacating all deadlines in the Court's Orders dated May 17, 2023 (Dkt. 50) and February 21, 2024 (Dkt. 61) and stay this action pending further stipulation or motion of the parties or Order of the Court.

DATED: April 5, 2024                          Respectfully submitted,


                                              LAW OFFICE OF JULIANNA RIVERA

                                              By:  */s/ Julianna Rivera Maul*
                                                   Julianna Rivera Maul

                                              NORTHWEST IMMIGRANT RIGHTS PROJECT

                                              By:  */s/ Matt Adams*
                                                   Matt Adams
                                                   Aaron Korthuis

                                              Counsel for Plaintiffs


DATED: April 5, 2024                          Respectfully submitted,

                                              ISMAIL RAMSEY
                                              United States Attorney

                                              */s/ Kenneth Brakebill*[1]
                                              Kenneth Brakebill
                                              Kelsey J. Helland
                                              Assistant United States Attorneys

                                              Counsel for the United States of
                                              America

---

[1] In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

JOINT NOTICE OF CONDITIONAL SETTLEMENT
4:22-CV-05183 KAW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED that because the parties have reached a conditional settlement of all claims in this litigation, subject to the Court's approval of the settlement of the minor's claims,

1. All deadlines in the Court's Orders dated May 17, 2023 (Dkt. 50) and February 21, 2024 (Dkt. 61) are hereby vacated.

2. This action is stayed pending further stipulation or motion of the parties or Order of the Court.

3. The parties shall file a joint status report within sixty (60) days of the entry of this Order, and every sixty (60) days thereafter, in which they shall keep the Court apprised of the progress of the pending settlement.

DATED: _____

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge