| | |
|---|---|
| ISMAIL RAMSEY (CABN 189820)<br>United States Attorney<br>MICHELLE LO (NYRN 4325163)<br>Chief, Civil Division<br>KENNETH W. BRAKEBILL (CABN 196696)<br>Assistant United States Attorney<br>KELSEY J. HELLAND (CABN 298888)<br>Assistant United States Attorney<br>    450 Golden Gate Avenue, Box 36055<br>    San Francisco, California 94102-3495<br>    Telephone: (415) 436-7167<br>    Facsimile: (415) 436-7169<br>    Kenneth.Brakebill@usdoj.gov<br><br>Attorneys for the United States of America | Julianna Rivera Maul (SBN 290955)<br>The Law Office of Julianna Rivera<br>420 3rd St., Ste 200<br>Oakland, CA 94067<br>Tel: 510-473-2141<br><br>Matt Adams*<br>Aaron Korthuis*<br>Glenda Aldan Madrid*<br>Leila Kang*<br>Northwest Immigrant Rights Project<br>615 2nd Ave, Ste 400<br>Seattle, WA 98104<br>Tel: 206-957-8611<br><br>*Admitted pro hac vice |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J.R.G., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. 4:22-cv-05183-KAW<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION TO STAY LITIGATION DEADLINES; ORDER** |

The parties, by and through undersigned counsel, hereby notify the Court that the parties have reached a conditional settlement in this action under the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq. and stipulate and request that all deadlines in the Court's Orders dated May 17, 2023 (Dkt. 50) and February 21, 2024 (Dkt. 61) be vacated and the action be stayed, based on the following:

1. The parties have reached a conditional settlement of all claims in this litigation, subject to the approval of the settlement of the minor's claims by a court of competent jurisdiction, which may take some time, to be followed by the approval of the Attorney General of the United States or his designee.

2. Absent a stay pending finalization of the settlement, litigation burden and expense will be incurred that are to be made unnecessary by the pending settlements.

3. The parties stipulate to file a joint status report every 60 days during the stay to keep the Court

apprised of the progress of the pending settlement. It is anticipated that, once the settlement is completed, the parties will file a stipulation for dismissal of all claims.

      Therefore, in the interest of judicial economy and efficiency, and to preserve the benefit of the pending settlement, the parties request that the Court enter the attached order vacating all deadlines in the Court's Orders dated May 17, 2023 (Dkt. 50) and February 21, 2024 (Dkt. 61) and stay this action pending further stipulation or motion of the parties or Order of the Court.

DATED: April 5, 2024　　　　　　　　　　Respectfully submitted,

      LAW OFFICE OF JULIANNA RIVERA

By: */s/ Julianna Rivera Maul*
    Julianna Rivera Maul

NORTHWEST IMMIGRANT RIGHTS PROJECT

By: */s/ Matt Adams*
    Matt Adams
    Aaron Korthuis

Counsel for Plaintiffs

DATED: April 5, 2024　　　　　　　　　　Respectfully submitted,

ISMAIL RAMSEY
United States Attorney

*/s/ Kenneth Brakebill*[1]
Kenneth Brakebill
Kelsey J. Helland
Assistant United States Attorneys

Counsel for the United States of America

---

[1] In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

JOINT NOTICE OF CONDITIONAL SETTLEMENT
4:22-CV-05183 KAW

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED that because the parties have reached a conditional settlement of all claims in this litigation, subject to the Court's approval of the settlement of the minor's claims,

1. All deadlines in the Court's Orders dated May 17, 2023 (Dkt. 50) and February 21, 2024 (Dkt. 61) are hereby vacated.
2. This action is stayed pending further stipulation or motion of the parties or Order of the Court.
3. The parties shall file a joint status report within sixty (60) days of the entry of this Order, and every sixty (60) days thereafter, in which they shall keep the Court apprised of the progress of the pending settlement.

DATED: April 9, 2024

HON. KANDIS A. WESTMORE
United States Magistrate Judge