UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J.R.G., et al.,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br>　　　Defendant. | CASE NO. 4:22-cv-05183-KAW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPROVE SETTLEMENT INVOLVING CLAIMS OF A MINOR** |

Upon consideration of Plaintiffs' Unopposed Motion to Approve Settlement Involving Claims of a Minor, and finding that the settlement is fair and reasonable as to M.A.R. and that there is good cause, the motion is GRANTED, and IT IS FURTHER ORDERED that:

　　(a) Plaintiff J.R.G. is hereby authorized to sign the final settlement agreement on behalf of her child, M.A.R.;

　　(b) Defendant will deposit the total settlement amount agreed upon of $300,000, in Counsel for Plaintiffs, The Law Office of Julianna Rivera P.C.'s IOLTA account;

　　(c) Each Plaintiff is entitled to half of the settlement amount, $150,000, less the attorneys' fee of $37, 500;

(d) For Plaintiff M.A.R., The Law Office of Julianna Rivera, P.C. is directed to deposit $112,500.00, in a blocked account in Plaintiff M.A.R.'s name with the Chase Bank; and

(e) On her eighteenth birthday, M.A.R. is entitled to withdraw any and all funds from her account as she desires, including any and all interest that accrued to the account.

It is so ORDERED.

DATED: _____  
                                      HON. KANDIS A. WESTMORE  
                                      United States Magistrate Judge

Presented on this 2nd day of May, 2024 by:

LAW OFFICE OF JULIANNA RIVERA

 /s/ Julianna Rivera  
Julianna Rivera Maul

NORTHWEST IMMIGRANT RIGHTS PROJECT

 /s/ Matt Adams[1]  
Matt Adams  
Aaron Korthuis  
Glenda M. Aldana Madrid  
Leila Kang

*Counsel for Plaintiffs*

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOT. TO APPROVE SETTLEMENT INVOLVING CLAIMS OF A MINOR  
CASE NO. 4:22-CV-05183-KAW