ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
KENNETH W. BRAKEBILL (CABN 196696)
Assistant United States Attorney
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7167
        FAX: (415) 436-7169
        kenneth.brakebill@usdoj.gov
        kelsey.helland@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J.R.G., et al., | CASE NO. 4:22-CV-05183 KAW |
| Plaintiff, | **DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO APPROVE SETTLEMENT INVOLVING CLAIMS OF A MINOR** |
| v. | |
| UNITED STATES OF AMERICA, | Motion Hearing:     June 27, 2024 |
| Defendant. | Time:                    1:30 p.m. |
| | Location:              Zoom |
| | The Honorable Kandis A. Westmore |
| | United States Magistrate Judge |

1   Pursuant to Civil Local Rule 7-3(b), the United States hereby submits its Statement of Non-

2   Opposition to Plaintiffs' Unopposed Motion to Approve Settlement Involving Claims of a Minor (Dkt.

3   64), representing that it does not oppose Plaintiffs' motion to approve the settlement for the minor child

4   plaintiff in this case (M.A.R.).

5

6   DATED: May 9, 2024                          Respectfully submitted,

7

8                                               ISMAIL J. RAMSEY
                                                United States Attorney

9                                               */s/ Kenneth W. Brakebill*
                                                KENNETH W. BRAKEBILL
10                                              Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28