Julianna Rivera Maul (SBN 290955)
The Law Office of Julianna Rivera, P.C.
420 3rd St., Suite 200
Oakland, CA 94607
Tel: 510-473-2141

Matt Adams*
Aaron Korthuis*
Glenda M. Aldana Madrid*
Leila Kang*
Northwest Immigrant Rights Project
615 2nd Ave, Ste 400
Seattle, WA 98104
Tel: 206-957-8611
**Admitted pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J.R.G., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO. 4:22-cv-05183-KAW <br><br> **PLAINTIFFS RE-NOTICE OF UNOPPOSED MOTION TO APPROVE SETTLEMENT INVOLVING CLAIMS OF A MINOR** |

Per the Clerk's Notice at Dkt. 65, Plaintiffs hereby re-notice their unopposed motion to approve settlement involving claims of a minor from May 16, 2024, to June 27, 2024, to 1:30 p.m.

The hearing will be held via a Zoom webinar. *See* https://www.cand.uscourts.gov/kaw for Zoom information.

PLS. RE-NOTICE UNOP. MOT. TO APPROVE
SETTLEMENT INVOLVING CLAIMS OF A MINOR
CASE NO. 4:22-CV-05183-KAW

DATED June 6, 2024.

Respectfully Submitted,

LAW OFFICE OF JULIANNA RIVERA, P.C.

/s/ Julianna Rivera
Julianna Rivera Maul

NORTHWEST IMMIGRANT RIGHTS PROJECT

/s/ Matt Adams
Matt Adams
Aaron Korthuis
Glenda M. Aldana Madrid
Leila Kang

Counsel for Plaintiffs