ISMAIL RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
KENNETH W. BRAKEBILL (CABN 196696)
Assistant United States Attorney
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7167
    Facsimile: (415) 436-7169
    Kenneth.Brakebill@usdoj.gov

Attorneys for the United States of America

Julianna Rivera Maul (SBN 290955)
The Law Office of Julianna Rivera, P.C.
420 3rd St., Ste 200
Oakland, CA 94067
Tel: 510-473-2141

Matt Adams*
Aaron Korthuis*
Glenda Aldana Madrid*
Leila Kang*
Northwest Immigrant Rights Project
615 2nd Ave, Ste 400
Seattle, WA 98104
Tel: 206-957-8611

*Admitted pro hac vice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J.R.G., et al.,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. 4:22-CV-05183 KAW<br><br>**JOINT STATUS REPORT**<br><br>Motion Hearing:  June 27, 2024<br>Time:  1:30 p.m.<br>Location:  Zoom<br><br>The Honorable Kandis A. Westmore<br>United States Magistrate Judge |

Pursuant to the Court's April 9, 2024 Order (Dkt. 63), the parties hereby submit a joint status report. On May 2, 2024, Plaintiffs filed their Unopposed Motion to Approve Settlement Involving Claims of a Minor (Dkt. 64). On May 9, 2024, Defendant filed its Statement of Non-Opposition to said motion (Dkt. 67). A hearing on the Motion to Approve Settlement Involving Claims of a Minor is currently scheduled for June 27, 2024. The parties respectfully submit that the Court may approve the settlement without a hearing but will attend in the event the Court has any questions. For the Court's further consideration, numerous district courts across the country, and in the Ninth Circuit in particular, have approved similar minor settlement amounts in cases involving similarly situated family-unit plaintiffs where the parent and children were separated at the southern border.[1]

DATED: June 7, 2024                                 Respectfully submitted,

                                                    ISMAIL J. RAMSEY
                                                    United States Attorney

                                                    /s/ Kenneth W. Brakebill
                                                    KENNETH W. BRAKEBILL
                                                    Assistant United States Attorney

                                                    Counsel for the United States of America


DATED: June 7, 2024                                 Respectfully submitted,

                                                    LAW OFFICE OF JULIANNA RIVERA, P.C.

                                                    /s/ Julianna Rivera Maul
                                                    JULIANNA RIVERA MAUL

                                                    NORTHWEST IMMIGRANT RIGHTS PROJECT

---

[1] *See, e.g., J.J.P.B. v. United States,* Civil Action No. 23-cv-00133 (S.D. Tx.), Dkt. 163, 164; *C.M.-D.V. v. United States*, Civil Action No. 21-cv-00234 (W.D. Tx.), Dkt. 52, 53; *M.A.N.H. v. United States*, Civil Action No. 23-cv-00372 (C.D. Cal.), Dkt. 63, 65; *N.R. v. United States*, Civil Action No. 23-cv-00201 (D. Ariz.), Dkt. 35, 36; *S.M.F. v. United States,* Civil Action No. 22-cv-01193 (W.D. Wa.), Dkt. 36, 38; *E.C.B. v. United States*, Civil Action No. 22-cv-00915 (D. Ariz.), Dkt. 49, 50; *Fuentes-Ortega v. United States,* Civil Action No. 22-cv-00449 (D. Ariz.), Dkt. 83, 84; *F.R. et al. v. United States,* Civil Action No. 21-cv-00339 (D. Ariz.), Dkt. 93, 94; *E.S.M. v. United States,* Civil Action No. 21-cv-00029 (D. Ariz.), Dkt. 99, 100; *A.I.I.L. v. United States,* Civil Action No. 19-cv-00481 (D. Ariz), Dkt. 133, 134; *A.P.F. v. United States*, Civil Action No. 20-cv-23598 (D. Ariz.), Dkt. 481, 482.

JOINT STATUS REPORT
4:22-CV-05183 KAW

1

*/s/ Matt Adams*
MATT ADAMS
AARON KORTHUIS
GLENDA ALDANA MADRID
LEILA KANG

Counsel for Plaintiffs

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: June 7, 2024      By: */s/ Julianna Rivera Maul*
             LAW OFFICE OF JULIANNA RIVERA, P.C.