1  ISMAIL RAMSEY (CABN 189820)  
   United States Attorney  
2  MICHELLE LO (NYRN 4325163)  
   Chief, Civil Division  
3  KENNETH W. BRAKEBILL (CABN 196696)  
   Assistant United States Attorney  
4  KELSEY J. HELLAND (CABN 298888)  
   Assistant United States Attorney  
5           450 Golden Gate Avenue, Box 36055  
            San Francisco, California 94102-3495  
6           Telephone: (415) 436-7167  
            Facsimile: (415) 436-7169  
7           Kenneth.Brakebill@usdoj.gov  

8  Attorneys for the United States of America  

   Julianna Rivera Maul (SBN 290955)  
   The Law Office of Julianna Rivera, P.C.  
   420 3rd St., Ste 200  
   Oakland, CA 94067  
   Tel: 510-473-2141  

   Matt Adams*  
   Aaron Korthuis*  
   Glenda Aldan Madrid*  
   Leila Kang*  
   Northwest Immigrant Rights Project  
   615 2nd Ave, Ste 400  
   Seattle, WA 98104  
   Tel: 206-957-8611  

   *Admitted pro hac vice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J.R.G., et al., | CASE NO. 4:22-CV-05183-KAW |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The parties to the above-captioned action hereby submit this Joint Status Report pursuant to the Court's April 9, 2024 Order granting the parties' stipulation to vacate all deadlines in the case and stay the action (Dkt. 63). Since the parties' last update filed on June 7, 2024 (Dkt. 69), the Court issued an Order Granting Motion to Approve Settlement Involving Claims of a Minor (Dkt. 71). The settlement agreement is in process for the Attorney General's designee's final decision.

DATED: August 6, 2024                                  Respectfully submitted,

                                                            LAW OFFICE OF JULIANNA RIVERA, P.C.

                                                            By: */s/ Julianna Rivera Maul*
                                                                    Julianna Rivera Maul

                                                            NORTHWEST IMMIGRANT RIGHTS PROJECT

                                                            By: */s/ Matt Adams*
                                                                    Matt Adams
                                                                    Aaron Korthuis

                                                            Counsel for Plaintiffs

DATED: August 6, 2024                                  Respectfully submitted,

                                                            ISMAIL RAMSEY
                                                           United States Attorney

                                                           */s/ Kenneth Brakebill*
                                                           Kenneth Brakebill
                                                           Kelsey J. Helland
                                                           Assistant United States Attorneys

                                                           Counsel for the United States of America

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: August 6, 2024                                  By: */s/ Kenneth Brakebill*
                                                                     Kenneth Brakebill
                                                                     Assistant United States Attorney
                                                                     Counsel for the United States of America