ISMAIL RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KENNETH W. BRAKEBILL (CABN 196696)
Assistant United States Attorney
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7167
    Facsimile: (415) 436-7169
    Kenneth.Brakebill@usdoj.gov

Attorneys for the United States of America

Julianna Rivera Maul (SBN 290955)
The Law Office of Julianna Rivera
420 3rd St., Ste 200
Oakland, CA 94067
Tel: 510-473-2141

Matt Adams*
Aaron Korthuis*
Glenda Aldan Madrid*
Leila Kang*
Northwest Immigrant Rights Project
615 2nd Ave, Ste 400
Seattle, WA 98104
Tel: 206-957-8611

*Admitted pro hac vice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J.R.G., et al., <br><br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>     Defendant. | CASE NO. 4:22-CV-05183-KAW <br><br> **JOINT STATUS REPORT** |

The parties to the above-captioned action hereby submit this Joint Status Report pursuant to the Court's April 9, 2024 Order granting the parties' stipulation to vacate all deadlines in the case and stay the action (Dkt. 63). Since the parties' last update filed on August 6, 2024 (Dkt. 72), the Attorney General's designee has approved the settlement in this matter. The government has submitted the payment request to the Judgment Fund. Once payment has issued, the parties will file a stipulated dismissal of Plaintiffs' claims.

DATED: October 4, 2024

Respectfully submitted,

LAW OFFICE OF JULIANNA RIVERA

By: */s/ Julianna Rivera Maul*
Julianna Rivera Maul

NORTHWEST IMMIGRANT RIGHTS PROJECT

By: */s/ Matt Adams*
Matt Adams
Aaron Korthuis

Counsel for Plaintiffs

DATED: October 4, 2024

Respectfully submitted,

ISMAIL RAMSEY
United States Attorney

*/s/ Kelsey J. Helland*
Kenneth Brakebill
Kelsey J. Helland
Assistant United States Attorneys

Counsel for the United States of America

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: October 4, 2024

By: */s/ Kelsey J. Helland*
Kelsey J. Helland
Assistant United States Attorney
Counsel for the United States of America